## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**MARILYN HUERTERO**, Individually
and **MARILYN HUETERO** as G/A/L
for **JONATHAN ARRIAGA** (infant),

       Plaintiffs,

          vs.

**UNITED STATES OF AMERICA; US
DEPARTMENT OF HEALTH &
HUMAN SERVICES** and JOHN and
JANE DOES #1-10 (representing
presently unidentified physicians, nurses,
technicians, radiologists, assistants, etc.)

       Defendants.

CIVIL ACTION
NO: 13-3739 (MAS)(LHG)
Judge Michael A. Shipp



RECEIVED
MAY 2 7 2014
AT 8:30
WILLIAM T. WALSH, CLERK

## NOTICE OF APPEAL

Notice of hereby given that Marilyn Huertero, Individually and Marilyn Huetero as G/A/L for Jonathan Arriaga (infant), plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the April 30, 2014 Order (Docket No. 13-3739) dismissing plaintiffs' Complaint.

Respectfully submitted,

**JAMES D. MARTIN**
Counsel for Plaintiffs

Dated: 5/27/14