UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-2861
_____

MARILYN HUERTERO, Individually
MARILYN HUERTERO as G/A/L for J.A.,
Appellants

v.

UNITED STATES OF AMERICA;
UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; JOHN AND JANE DOES #1-10
(representing presently unidentified physicians, nurses,
technicians, radiologist, assistants, etc)
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-13-cv-03739)
District Judge: Honorable Michael A. Shipp
_____

Argued on January 12, 2015
Before:  McKEE, *Chief Judge*, HARDIMAN and SCIRICA, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court
for the District of New Jersey and was argued by counsel on January 12, 2015.  On
consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the United States
District Court for the District of New Jersey entered April 30, 2014, be and the same is
hereby REVERSED and REMANDED.  All of the above in accordance with the Opinion
of this Court.

Costs taxed against Appellees.

ATTEST:

s/Marcia M. Waldron
Dated: March 3, 2015                          Clerk

2