UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: <u>04-27-2017</u>
CIVIL DOCKET NO. <u>13-3739 LHG</u>

*MAGISTRATE JUDGE LOIS H. GOODMAN*

*DEPUTY CLERK : <u>Ivannya Jimenez</u>*

*<u>TITLE OF CASE</u>:*
*Marilyn Huertero, et al.*
*vs.*
*United States of America, et al.*

*<u>APPEARANCES</u>:*
*James D. Martin, Esq for Plaintiffs*
*Marilyn Huertero (mother)*
*David V. Bober, AUSA for Defendant*
*Interpreter*

*<u>NATURE OF PROCEEDINGS</u>:*
*Friendly Hearing Held on and off the record.*
*Interpreter sworn*
**Action reported settled**
*Sworn as guardian for plaintiff Marilyn Huertero.*
*Terms of settlement placed on the record.*
*Court accepts settlement.*
*Parties to submit a revised formal Order within 30 days.*

*<u>Commenced 1:25 p.m.</u>*        *<u>Adjourned 2:25 p.m.</u>*

*s/Ivannya Jimenez,*
*Courtroom Deputy*